```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED

                                                          FEB 27 2013
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JULIA C. [...], CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT W. DOUGHERTY, | ) | CASE NO. 7:12CV00549 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 27th day of February, 2013.

/s/ Glen Conrad
_____
Chief United States District Judge