CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, V
FILED

MAY 09 2013

JULIA C. DUDLEY, CL
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT W. DOUGHERTY, | ) | CASE NO. 7:12CV00549 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to alter or amend judgment and related motions (ECF No. 20) to appoint counsel and file an amended complaint are **DENIED**.

ENTER: This 9th day of May, 2013.

_____
Chief United States District Judge